B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____ District Of Colorado_____

In re Gregory Christian Walton and Chrisanna Michelle Walton,   Case No. 20-11748-MER

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust
Name of Transferee

U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2018 G-CTT
Name of Transferor

Name and Address where notices to transferee should be sent:

Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-2708

Phone: 888-504-6700
Last Four Digits of Acct #: 2968

Court Claim # (if known): 2
Amount of Claim: $611,120.38
Date Claim Filed: 03/26/2020

Phone: _____
Last Four Digits of Acct. #: 2968

Name and Address where transferee payments should be sent (if different from above):

Rushmore Loan Management Services
PO Box 52708
Irvine, CA 92619-2708

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Erica Loftis
Transferee/Transferee's Agent

Date: 05/21/2021

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.